ANDREW C. SMYTHE, WSBA #7948
PAINE, HAMBLEN, COFFIN,
    BROOKE & MILLER LLP
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
(509) 455-6000

Attorneys for Plaintiff

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 0 3 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SACRED HEART MEDICAL CENTER, a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH A. DESANTIS, an individual; RON D. DESANTIS, an individual; MICHAEL A. DESANTIS, an individual; and RICHARD J. DESANTIS, an individual,<br><br>Defendants. | No. CV-04-00445-LRS<br><br>ORDER EXTENDING TIME FOR DEFENDANT'S ANSWER TO MARCH 1, 2005 |

Pursuant to the Stipulation for Extension of Time for Defendants' Answer, defendants shall have until March 1, 2005, to file an answer to Plaintiff's Complaint in this matter.

DONE IN OPEN COURT this 3rd day of ~~December, 2004~~ January, 2005

_____
HONORABLE LONNIE R. SUKO
Federal District Court Judge
Eastern District of Washington

ORDER EXTENDING TIME FOR
DEFENDANT'S ANSWER TO
JANUARY 21, 2005 - PAGE 1

ORIGINAL

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

Presented By:

PAINE, HAMBLEN, COFFIN,
BROOKE & MILLER LLP

By: _____
Hollie J. Westly, WSBA #22237
Andrew C. Smythe, WSBA #7948
Attorneys for Plaintiff

Agreed as to Form and Content,
Notice of Presentment Waived:

RICHARD J. DESANTIS


By:  approved telephonically 12/21/04
     Richard J. Desantis

MICHAEL A. DESANTIS


By:  approved telephonically 12/21/04
     Michael A. Desantis
     *In Propria Persona*


I:\Spodocs\15959\00763\plead\00284552.DOC:kc

ORDER EXTENDING TIME FOR
DEFENDANT'S ANSWER TO
JANUARY 21, 2005 - PAGE 2

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000