UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| SACRED HEART MEDICAL CENTER | ) | NO. CV-04-0445-LRS |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING DEFENDANTS'** |
| | ) | **MOTION FOR RECONSIDERATION OF** |
| -vs- | ) | **QUARTERLY REPORTS AND DENYING** |
| | ) | **MOTION FOR ELECTRONIC FILING** |
| JOSEPH A. DESANTIS, an | ) | |
| individual; RON D. DESANTIS, an | ) | |
| individual; MICHAEL A. DESANTIS, | ) | |
| an individual; and RICHARD J. | ) | |
| DESANTIS, an individual, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

BEFORE THE COURT ARE Defendants' Motion for Reconsideration of the Order Requiring Quarterly Reports (**Ct Rec. 61**), and Defendants' Motion for the Court to grant Defendants' Electronic Filing (Ct. Rec. 60).

**DISCUSSION:**

Defendants' ask the Court to reconsider its March 2, 2007 order asking the Defendants' to submit quarterly reports of the status of their medicare appeals while this case is stayed. (Ct. Rec. 60). However, as the Court stated in its order granting the stay:

"Defendants are in favor of the stay, but object to providing the Court with regular updates. (Ct. Rec. 58). While the Court desires to avoid unnecessary paperwork and related hearings, the need to manage and control the Court's docket mandates rudimentary reporting. Additionally, the requirement that Defendants provide a short, written report advising of the current status of the Medicare appeal(s) on a quarterly basis

ORDER - 1

1    with a description of actions taken, appeal agency addresses,
     file numbers, and related relative information, is not
2    unreasonable given the issues and financial interests at stake
     in this case." Ct. Rec. 59 at 2-3.
3

4        The reasons for the quarterly reports remain valid.  Therefore,

5    Defendants' Motion for Reconsideration (**Ct. Rec. 61**) is **DENIED**.

6        The Defendants, who are proceeding pro se in this case, also ask

7    this Court to give them permission to electronically file all documents

8    related to the case.  It is this Court's policy that parties proceeding

9    pro se do not file their pleadings electronically.  Defendants should

10   continue to file paper copies of all pleadings, which are then scanned

11   by the Clerk of the Court.  Defendants' Motion for Electronic Filing

12   (**Ct. Rec. 60**)is **DENIED**.

13       **IT IS SO ORDERED.**  The Clerk is hereby directed to file this Order

14   and furnish copies to counsel for Plaintiff and to Defendants.

15       **DATED** this 20th day of April, 2007.

16

17                                    *s/Lonny R. Suko*

18                          _____
                                    LONNY R. SUKO
                            UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

ORDER - 2