UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| SACRED HEART MEDICAL CENTER, | ) ) ) | NO. CV-04-445-LRS |
| Plaintiff, | ) ) ) | **ORDER OF DISMISSAL** |
| v. | ) ) | |
| JOSEPH A. DESANTIS, an individual, et al., | ) ) ) | |
| Defendants. | ) ) | |

The Stipulated Motion For Dismissal With Prejudice (ECF No. 97) is **GRANTED**. This action is **DISMISSED with prejudice** without an award of costs or fees to any party.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and provide copies to Defendants and to counsel for Plaintiff.

**DATED** this  22nd  day of November, 2016.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
Senior United States District Judge

**ORDER OF DISMISSAL- 1**